HENRY W. T. STEINWAY, Appellant, *v.* WILLIAM STEINWAY
et al., Respondents.

*Steinway* v. *Steinway,* 2 App. Div. 301, affirmed.
(Argued November 30, 1898; decided January 10, 1899.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the first judicial department, entered March
17, 1896, affirming a judgment in favor of defendants entered
upon a decision of the court dismissing the complaint upon the
merits, on trial at Special Term.

*James C. Carter* and *Edward B. Hill* for appellant.

*George W. Cotterill* for respondents.

Judgment affirmed, with costs, on opinion below.
All concur, except GRAY, J., absent, and MARTIN, J., not
sitting.

———————

ARTHUR W. SWEEZY, Appellant, *v.* HARRY C. McBRAIR,
Respondent.

*Sweezy* v. *McBrair,* 89 Hun, 155, affirmed.
(Argued November 30, 1898; decided January 10, 1899.)

APPEAL from a judgment and order of the late General
Term of the Supreme Court in the second judicial department,
entered August 9, 1895, affirming a judgment in favor of
defendant entered upon a decision of the court dismissing the
complaint on trial at Special Term.

*Gilbert O. Hulse* for appellant.

*William Vanamee* for respondent.

Judgment and order affirmed, with costs; no opinion.
All concur, except GRAY, J., absent.